# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-2031
LT Case No. 2017-CF-001059-A
_____

MICHAEL ANTHONY MCGOLRICK,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Melissa D. Souto, Judge.

Laura L. Cepero and William R. Ponall, of Ponall Law, Maitland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Deborah Chance, Assistant Attorney General, Daytona Beach, for Appellee.

May 12, 2026

PER CURIAM.

  AFFIRMED.

EDWARDS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____